P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

R+S
released

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.48⁰
0002003152
MAILED FROM ZIP CODE 78701

RE: WR-81,487-01

OSCAR ORLANDO ORTIZ
TDC #1525993

ANK